IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JOSHUA MEDEIROS, | ) | CIV NO. 11-00660 ACK-RLP |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation and Amended Findings and Recommendation having been filed and served on all parties on November 7, 2011 and November 17, 2011 respectively, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the " Amended Findings and Recommendation That Plaintiff Be Given Leave To File A Second Amended Complaint And That His Second Application To Proceed Without Prepayment Of Fees Be Denied" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 6, 2011.



_____
Alan C. Kay
Sr. United States District Judge

Medeiros v. Social Security Administration, Civ. No. 11-00660 ACK-RLP: Order Adopting F&R.